# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0305. DANIEL SHEATS v. THE STATE.**

Daniel Sheats, who is proceeding pro se, has filed a timely application for discretionary appeal seeking to appeal an order denying his motion to withdraw a guilty plea and a motion to correct a void sentence. As a general matter, an order denying a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376, 376 (659 SE2d 380) (2008). Likewise, a direct appeal may lie from an order denying or dismissing a motion to vacate or correct a void sentence. See *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009).

We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Sheats shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/07/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _____, Clerk.